**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE AMERICAN DENTAL PARTNERS, INC. SECURITIES LITIGATION | No. 08-cv-10119-RGS (Consolidated Action) |

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF A SETTLEMENT CLASS, APPROVAL OF PLAN OF ALLOCATION, AND AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

Lead Plaintiff Operating Engineers Construction Industry and Miscellaneous Pension Fund, on behalf of the Class, submits this motion for (i) final approval of the proposed settlement of this federal securities class action, (ii) certification of a settlement class, (iii) approval of the proposed plan of allocation of the settlement proceeds, and (iii) an award of attorneys' fees and reimbursement of expenses to Class Counsel, Grant & Eisenhofer P.A..  This motion is supported by the accompanying Memorandum of Law, the accompanying Declaration of Megan D. McIntyre, the accompanying Declaration of Steven Platt, a proposed Final Order And Judgment, and such other written and/or oral argument as may be presented to the Court.

Dated: March 9, 2010

Respectfully submitted,

 /s/ Megan D. McIntyre_____
Stuart M. Grant (BBO # 549471)
Megan D. McIntyre (*pro hac vice*)
Hung G. Ta (*pro hac vice*)
GRANT & EISENHOFER P.A.
1201 N. Market St.
Wilmington, DE 19801
Tel:  (302) 622-7000
*Counsel for Lead Plaintiff Operating Engineers Construction Industry and Miscellaneous Pension Fund, and Lead Counsel for the Class.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2010 the Motion For Final Approval Of Class Action Settlement, Certification Of A Settlement Class, Approval Of Plan Of Allocation, And Award Of Attorneys' Fees And Reimbursement Of Expenses; Memorandum of Law in Support of Motion For Final Approval Of Class Action Settlement, Certification Of A Settlement Class, Approval Of Plan Of Allocation, And Award Of Attorneys' Fees And Reimbursement Of Expenses; Declaration of Megan D. McIntyre; Declaration of Steven Platt; and proposed Final Order And Judgment were served upon the following counsel of record via CM/ECF:

>Bonnie S. McGuire (BBO #651519)
>Michelle L. Visser (BBO #663164)
>ROPES & GRAY LLP
>One International Place
>Boston, MA 02110

/s/ Megan D. McIntyre
Megan D. McIntyre *(pro hac vice)*