# EXHIBIT H



Administar Services Group LLC

Computershare Inc.
15336 Collection Centre Drive
Chicago, IL 60693
Corporate Office 1-800-652-9154
www.computershare.com

American Dental Partners
Hung Ta, Esq
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor, New York
NY 10017
USA

| | |
|---|---|
| **Relationship Manager** | Steve Platt |
| **Telephone** | 904 807-3022 |
| **Reference Number** | NONE |

| | | | |
|---|---:|---|---:|
| **Account Number** | 10196ASG | **Invoice Date** | 04 January 2010 |
| **Invoice Number** | US_ASG287275 | **Due Date** | 03 February 2010 |

Service fees for the month of January 2010

| **Expenses** | **Units** | **Rate** | **Amount** |
|---|---|---|---:|
| Investor's Business Daily - 7pt Legal Notices, 1/15/10 | | | $2,043.59 |
| | | **Sub Total Expenses** | **$2,043.59** |
| | | **Total Amount Due** | **$ 2,043.59** |

Please detach and return this portion of the statement with your check to Computershare.

Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---:|---|---|
| **Account Number** | 10196ASG | **Remit Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_ASG287275 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $ 2,043.59 | 15336 Collection Center Drive | US Bank |
| **Amount Paid** | $ | Chicago, IL 60693 | Commercial Banking |
| | | | 4100 Newport PL. Suite 130 |
| | | | Newport Beach, CA 92660 |
| | | | Account # 153492701898 |
| | | | Routing # 122235821 |



Administar Services Group LLC

Computershare Inc.
15336 Collection Centre Drive
Chicago, IL 60693
Corporate Office 1-800-652-9154
www.computershare.com

American Dental Partners
Hung Ta, Esq
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor, New York
NY 10017
USA

**Relationship Manager**   Steve Platt
**Telephone**   904 807-3022
**Reference Number**   NONE

| Account Number | 10196ASG | Invoice Date | 19 January 2010 |
|---|---|---|---|
| Invoice Number | US_ASG287285 | Due Date | 18 February 2010 |

Service fees for the month of December 2009

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Set Up Fee | | | $3,000.00 |
| | | **Sub Total Expenses** | **$3,000.00** |
| | | **Total Amount Due** | **$ 3,000.00** |

Please detach and return this portion of the statement with your check to Computershare.
Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | 10196ASG | **Remit Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_ASG287285 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $ 3,000.00 | 15336 Collection Center Drive | US Bank |
| **Amount Paid** | $ | Chicago, IL 60693 | Commercial Banking |
| | | | 4100 Newport PL. Suite 130 |
| | | | Newport Beach, CA 92660 |
| | | | Account # 153492701898 |
| | | | Routing # 122235821 |



Kurtzman Carson Consultants
8475 Western Way
Jacksonville, FL 32256

American Dental Partners
Hung Ta, Esq
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor, New York
NY 10017
USA

| | |
|---|---|
| **Relationship Manager** | Steve Platt |
| **Telephone** | 904 807-3022 |
| **Reference Number** | NONE |

| Account Number | 10196ASG | Invoice Date | 12 February 2010 |
|---|---|---|---|
| Invoice Number | US_KCC292804 | Due Date | 14 March 2010 |

Service fees for the month of January 2010

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Bank & Broker Fee: Charles Schwab | | | $262.83 |
| Bank & Broker Fee: Citigroup Global Markets Inc. | | | $125.50 |
| Bank & Broker Fee: Clearview Correspondent Services | | | $100.00 |
| Bank & Broker Fee: D.A. Davidson & Co | | | $25.00 |
| Bank & Broker Fee: Edward Jones | | | $20.00 |
| Bank & Broker Fee: Fidelity Investments | | | $14.85 |
| Bank & Broker Fee: Fidelity Investments | | | $197.40 |
| Bank & Broker Fee: First Clearing | | | $87.50 |
| Bank & Broker Fee: First Southwest | | | $200.00 |
| Bank & Broker Fee: Janney Montgomery Scott | | | $25.00 |
| Bank & Broker Fee: J.P. Morgan Clearing Corp. | | | $198.34 |
| Bank & Broker Fee: Morgan Keegan | | | $3.00 |
| Bank & Broker Fee: Oppenheimer | | | $25.00 |
| Bank & Broker Fee: Pershing | | | $800.00 |
| Bank & Broker Fee: Ridge Clearing & Outsourcing Solutions | | | $172.00 |
| Bank & Broker Fee: Stifel Nicolaus | | | $100.00 |
| Bank & Broker Fee: USB Financial Services | | | $17.60 |
| Notice Publication – Business Wire | | | $1,275.00 |
| Notice Postage | | | $693.34 |
| Miscellaneous Postage | | | $12.08 |



| Account Number | 10196ASG | | Invoice Date | 12 February 2010 |
|---|---|---|---|---|
| Invoice Number | US_KCC292804 | | Due Date | 14 March 2010 |

Service fees for the month of January 2010

| | |
|---|---|
| **Sub Total Expenses** | $4,354.44 |
| **Total Amount Due** | $ 4,354.44 |

Please detach and return this portion of the statement with your check to Computershare.
Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | 10196ASG | **Remit Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_KCC292804 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $ 4,354.44 | 15336 Collection Center Drive | US Bank |
| **Amount Paid** | $ | Chicago, IL 60693 | Commercial Banking |
| | | | 4100 Newport PL. Suite 130 |
| | | | Newport Beach, CA 92660 |
| | | | Account # 153492701898 |
| | | | Routing # 122235821 |



Kurtzman Carson Consultants
8475 Western Way
Jacksonville, FL 32256

American Dental Partners
Hung Ta, Esq
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor, New York
NY 10017
USA

**Relationship Manager** Steve Platt
**Telephone** 904 807-3022
**Reference Number** NONE

| Account Number | 10196ASG | Invoice Date | 16 March 2010 |
|---|---|---|---|
| Invoice Number | US_ASG298362 | Due Date | 15 April 2010 |

Service fees for the month of February 2010

| **Expenses** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| Notice Postage | | | $6,320.28 |
| Miscellaneous Postage | | | $440.62 |
| Bank & Broker Fee: Broadridge | | | $516.33 |
| Bank & Broker Fee: Broadridge | | | $95.00 |
| Bank & Broker Fee: Piper Jaffray | | | $23.30 |
| Bank & Broker Fee: Raymond James & Associates | | | $25.00 |
| Bank & Broker Fee: Stephens | | | $51.00 |
| | | **Sub Total Expenses** | **$7,471.53** |
| | | **Total Amount Due** | **$ 7,471.53** |

Please detach and return this portion of the statement with your check to Computershare.
Please reference your Account Number and Invoice Number on your Remittance.

| **Account Number** | 10196ASG | **Remit Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| **Invoice Number** | US_ASG298362 | Kurtzman Carson Consultants LLC<br>15336 Collection Center Drive<br>Chicago, IL 60693 | Kurtzman Carson Consultants LLC<br>US Bank<br>Commercial Banking<br>4100 Newport PL. Suite 130<br>Newport Beach, CA 92660<br>Account # 153492701898<br>Routing # 122235821 |
| **Total Amount Due** | $ 7,471.53 | | |
| **Amount Paid** | $ | | |



Kurtzman Carson Consultants
8475 Western Way
Jacksonville, FL 32256

American Dental Partners
Hung Ta, Esq
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor, New York
NY 10017
USA

| | |
|---|---|
| **Relationship Manager** | Steve Platt |
| **Telephone** | 904 807-3022 |
| **Reference Number** | NONE |

| Account Number | 10196ASG | Invoice Date | 16 April 2010 |
|---|---|---|---|
| Invoice Number | US_ASG303702 | Due Date | 16 May 2010 |

Service fees for the month of March 2010

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Federal Express/Courier Charges | | | $23.42 |
| Bank & Broker Fee: CIBC World Market - Canada | | | $913.15 |
| Bank & Broker Fee: CIBC World Market | | | $15.40 |
| Bank & Broker Fee: Merrill Lynch | | | $1,946.56 |
| Bank & Broker Fee: Neuberger Berman | | | $132.25 |
| Bank & Broker Fee: REC | | | $20.00 |
| Bank & Broker Fee: Southwest Securities | | | $50.00 |
| Notice Postage | | | $453.83 |
| Miscellaneous Postage | | | $69.27 |
| | | **Sub Total Expenses** | **$3,623.88** |



| Account Number | 10196ASG | | Invoice Date | 16 April 2010 |
|---|---|---|---|---|
| **Invoice Number** | US_ASG303702 | | **Due Date** | 16 May 2010 |

Service fees for the month of March 2010

| | |
|---|---|
| **Total Amount Due** | **$ 3,623.88** |

Please detach and return this portion of the statement with your check to Computershare.
Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | 10196ASG | **Remit Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_ASG303702 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $ 3,623.88 | 15336 Collection Center Drive | US Bank |
| **Amount Paid** | $ | Chicago, IL 60693 | Commercial Banking |
| | | | 4100 Newport PL. Suite 130 |
| | | | Newport Beach, CA 92660 |
| | | | Account # 153492701898 |
| | | | Routing # 122235821 |



Kurtzman Carson Consultants
8475 Western Way
Jacksonville, FL 32256

American Dental Partners
Hung Ta, Esq
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor, New York
NY 10017
USA

| | |
|---|---|
| **Relationship Manager** | Steve Platt |
| **Telephone** | 904 807-3022 |
| **Reference Number** | NONE |

| Account Number | 10196ASG | Invoice Date | 18 May 2010 |
|---|---|---|---|
| Invoice Number | US_ASG309799 | Due Date | 17 June 2010 |

Service fees for the month of April 2010

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Banker Broker Fees - Ameriprise Financial | | | $200.00 |
| Notice Postage | | | $276.50 |
| Miscellaneous Postage | | | $26.28 |
| | | **Sub Total Expenses** | **$502.78** |
| | | **Total Amount Due** | **$ 502.78** |

Please detach and return this portion of the statement with your check to Computershare.
Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | 10196ASG | **Remit Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_ASG309799 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $ 502.78 | 15336 Collection Center Drive | US Bank |
| **Amount Paid** | $ | Chicago, IL 60693 | Commercial Banking |
| | | | 4100 Newport PL. Suite 130 |
| | | | Newport Beach, CA 92660 |
| | | | Account # 153492701898 |
| | | | Routing # 122235821 |



Kurtzman Carson Consultants
8475 Western Way
Jacksonville, FL 32256

American Dental Partners
Hung Ta, Esq
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor, New York
NY 10017
USA

| | |
|---|---|
| **Relationship Manager** | Steve Platt |
| **Telephone** | 904 807-3022 |
| **Reference Number** | NONE |

| Account Number | 10196ASG | Invoice Date | 14 June 2010 |
|---|---|---|---|
| Invoice Number | US_ASG315307 | Due Date | 14 July 2010 |

Service fees for the month of May 2010

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Submitted Claims | 2,500 | $6.00 | $15,000.00 |
| Submitted Claims | 865 | $5.50 | $4,757.50 |
| Notice Postage | | | $0.61 |
| Miscellaneous Postage | | | $4.40 |
| **Sub Total Expenses** | | | **$19,762.51** |

**Total Amount Due**  $ 19,762.51

Please detach and return this portion of the statement with your check to Computershare.
Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | 10196ASG | **Remit Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_ASG315307 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $ 19,762.51 | 15336 Collection Center Drive | US Bank |
| **Amount Paid** | $ | Chicago, IL 60693 | Commercial Banking |
| | | | 4100 Newport PL. Suite 130 |
| | | | Newport Beach, CA 92660 |
| | | | Account # 153492701898 |
| | | | Routing # 122235821 |



Kurtzman Carson Consultants
8475 Western Way
Jacksonville, FL 32256

American Dental Partners
Hung Ta, Esq
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor, New York
NY 10017
USA

| | |
|---|---|
| **Relationship Manager** | Steve Platt |
| **Telephone** | 904 807-3022 |
| **Reference Number** | NONE |

| Account Number | 10196ASG | Invoice Date | 13 July 2010 |
|---|---|---|---|
| Invoice Number | US_ASG321128 | Due Date | 12 August 2010 |

Service fees for the month of June 2010

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Submitted Claims | 131 | $5.50 | $720.50 |
| **Sub Total Expenses** | | | **$720.50** |
| | | | |
| **Total Amount Due** | | | **$ 720.50** |

Please detach and return this portion of the statement with your check to Computershare.

Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | 10196ASG | **Remit Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_ASG321128 | Kurtzman Carson Consultants LLC<br>15336 Collection Center Drive | Kurtzman Carson Consultants LLC<br>US Bank |
| **Total Amount Due** | $ 720.50 | Chicago, IL 60693 | Commercial Banking<br>4100 Newport PL. Suite 130 |
| **Amount Paid** | $ | | Newport Beach, CA 92660<br>Account # 153492701898<br>Routing # 122235821 |



Kurtzman Carson Consultants
8475 Western Way
Jacksonville, FL 32256

American Dental Partners
Hung Ta, Esq
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor, New York
NY 10017
USA

| | |
|---|---|
| **Relationship Manager** | Steve Platt |
| **Telephone** | 904 807-3022 |
| **Reference Number** | NONE |

| Account Number | 10196ASG | Invoice Date | 14 September 2010 |
|---|---|---|---|
| Invoice Number | US_ASG331051 | Due Date | 14 October 2010 |

Service fees for the month of August 2010

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Submitted Claims | 9 | $5.50 | $49.50 |
| Federal Express/Courier Charges | | | $53.53 |
| Notice Postage | | | $313.08 |
| Miscellaneous Postage | | | $4.22 |
| | | **Sub Total Expenses** | **$420.33** |
| | | **Total Amount Due** | **$ 420.33** |

Please detach and return this portion of the statement with your check to Computershare.
Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | 10196ASG | **Remit Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_ASG331051 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $ 420.33 | 15336 Collection Center Drive | US Bank |
| **Amount Paid** | $ | Chicago, IL 60693 | Commercial Banking |
| | | | 4100 Newport PL. Suite 130 |
| | | | Newport Beach, CA 92660 |
| | | | Account # 153492701898 |
| | | | Routing # 122235821 |



Kurtzman Carson Consultants
8475 Western Way
Jacksonville, FL 32256

American Dental Partners
Hung Ta, Esq
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor, New York
NY 10017
USA

| | |
|---|---|
| **Relationship Manager** | Steve Platt |
| **Telephone** | 904 807-3022 |
| **Reference Number** | NONE |

| Account Number | 10196ASG | Invoice Date | 10 December 2010 |
|---|---|---|---|
| Invoice Number | US_ASG346297 | Due Date | 09 January 2011 |

Service fees for the month of November 2010

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Notice Postage | | | $88.44 |
| Miscellaneous Postage | | | $34.14 |
| **Sub Total Expenses** | | | **$122.58** |
| | | | |
| **Total Amount Due** | | | **$ 122.58** |

Please detach and return this portion of the statement with your check to Computershare.
Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | 10196ASG | **Remit Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_ASG346297 | Kurtzman Carson Consultants LLC<br>15336 Collection Center Drive | Kurtzman Carson Consultants LLC<br>US Bank |
| **Total Amount Due** | $ 122.58 | Chicago, IL 60693 | Commercial Banking<br>4100 Newport PL. Suite 130 |
| **Amount Paid** | $ | | Newport Beach, CA 92660<br>Account # 153492701898<br>Routing # 122235821 |